# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. CARRASCO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01650-DLB PC<br><br>ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT AS PREMATURE<br><br>(Doc. 9) |

　　　　Plaintiff Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 31, 2009, Plaintiff filed a motion for partial summary judgment against Defendant Gonzales. Plaintiff contends that he is entitled to summary judgment as to his Eighth Amendment claim against Defendant Gonzales. Because this is Plaintiff's only claim against Defendant Gonzales, this is actually a motion for summary judgment, as opposed to partial summary judgment.

　　　　As of the date of this order, Defendant Gonzales has yet to be served with the complaint, and has yet to appear in this action. Furthermore, Plaintiff has not served Defendant with this motion, as required by Federal Rule of Civil Procedure 5. Accordingly, it is HEREBY ORDERED that Plaintiff's motion for summary judgment, filed on December 31, 2009, is DENIED without prejudice as premature.

　　　　IT IS SO ORDERED.

　　　Dated:　　January 6, 2010　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1