# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | CASE NO.: 1:09-cv-01650-DLB PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| M. CARRASCO, et al., | (Doc. 1) |
| Defendants. | |
| / | |

Plaintiff Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his complaint on September 17, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendant Gonzales for violation of the Eighth Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant

    Warden Gonzales

---

[1] By separate order, the Court dismissed Plaintiff's Equal Protection claim and Defendants L. L. Schulteis, M. Gifford, K. Holland, R. Mayo, C. Rousta and N. Grannis from the action for failure to state a claim upon which relief may be granted.

1

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 17, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed September 17, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **January 6, 2010**              /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE