IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-01650 JLT (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR A COURT RULING |
| vs. | (Doc. 41) |
| M. CARRASCO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2010, Plaintiff requested a Court ruling on his motion for summary judgment, filed April 20, 2010. Plaintiff is advised in this regard that such a request is unnecessary. The Court will issue findings and recommendations regarding his motion for summary judgment in due course.

Accordingly, it is HEREBY ORDERED that Plaintiff's October 8, 2010, request for a court ruling (Doc. 41) is denied.

IT IS SO ORDERED.

Dated:  **October 15, 2010**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE