IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M. CARRASCO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-01650 JLT (PC)<br><br>ORDER GRANTING REQUEST TO EXTEND TIME FOR FILING MOTIONS TO COMPEL<br><br>(Doc. 43) |

On December 10, 2010, Plaintiff filed a motion seeking an extension of the discovery deadline in order to allow him time to file a motion to compel further responses to discovery. (Doc. 43) Plaintiff contends that the additional time is needed because he granted an extension of time for Defendants to respond to his written discovery but when he received the responses on November 18, 2010, only one document was produced. Id. Plaintiff reports also that the prison where he is housed was placed in lock-down in November which reduced his ability to produce legal documents. Id. In short, Plaintiff requests to be permitted to file his motion to compel on or before January 16, 2010. Id.

Plaintiff should have realized that granting Defendants additional time to respond to his written discovery placed him in the risky position of needing to file a motion to compel within a very short time, if the defendants did not fully comply with his discovery request. Likewise, a prison lock-down is not an unanticipated event. However, the Court finds that Plaintiff's failure

1

1 to anticipate that the Defendant would provide an insufficient response (from his perspective)
2 <u>and</u> that a prison lock-down would occur <u>and</u> that these events would occur at the same time, was
3 not unreasonable.
4      Therefore, GOOD CAUSE APPEARING, Plaintiff will be granted an extension of time
5 up to and including January 16, 2011 to file a motion to compel.
6      Plaintiff is advised that <u>no further extensions of time will be granted absent a showing of</u>
7 <u>good cause.</u>  Plaintiff is advised further that a prison lock down, ordinarily, <u>does not</u> constitute
8 good cause to amend a scheduling order.
9      <u>No other dates set forth in the Scheduling Order are modified</u>.
10
11 IT IS SO ORDERED.
12 Dated:   **December 15, 2010**                           /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28