IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-01650 JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION IN LIMINE AND REQUEST FOR A TRIAL DATE |
| vs. | |
| M. CARRASCO, et al., | (Doc. 50) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2011, Plaintiff filed a motion in limine seeking to exclude from trial (1) his gang activity, (2) his state convictions, (3) his disciplinary record, and (4) any evidence not provided to Plaintiff. (Doc. 50 at 1-4.) Plaintiff also requests the Court to set a trial date in this action as soon as possible. (Id. at 4.)

Plaintiff's motion in limine is premature because the Court has yet to establish a schedule for the filing of such motions. In addition, Plaintiff's request for a trial date is unnecessary. Accordingly, it is **HEREBY ORDERED** that Plaintiff's March 7, 2011 motion in limine and request for a trial date (Doc. 50) is **DENIED**.

IT IS SO ORDERED.

Dated: **July 1, 2011**              /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE