# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-1650 JLT (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT THOMAS GOOLSBY, CDC# F-19778** |
| vs. | |
| M. CARRASCO, et al., | DATE: November 3, 2011 |
| | TIME: 9:00 A.M., Courtroom 2 |
| Defendants. | |

Thomas Goolsby, CDC inmate # F-19778, a necessary and material witness in a settlement conference in this case on November 3, 2011, is confined in California Correctional Institution, 24900 Highway 202, Tehachapi, California, 93561, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on November 3, 2011 at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Correctional Institution, P. O. Box 1031, Tehachapi, California, 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:  **August 30, 2011**                                         /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE