IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-01650 JLT (PC) |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION FOR ATTENDANCE OF UNINCARCERATED WITNESSES |
| vs. | |
| M. CARRASCO, et al., | (Doc. 65) |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2011, the Court issued a second scheduling order in this case. (Doc. 55.) Among other things, the order instructed Plaintiff that if he wished to subpoena an unincarcerated witness for attendance at trial he must first notify the Court in writing the name and location of the unincarcerated witness. (Id. at 3.) The Court would then inform Plaintiff of the relevant costs, which Plaintiff would be required to pay by way of money order to the witness. (Id. at 4.) On August 11, 2011, Plaintiff duly notified the Court that he wished to subpoena Defendant Gonzales for the purpose of attending trial in this case. (Doc. 65.)

In his pretrial statement, Plaintiff indicated, contrary to his earlier report to the Court, that he intended to call Dr. Ponder as a witness and that Dr. Ponder has waived any fees. (Doc. 72 at 8-9) Nevertheless, Plaintiff asserts that Dr. Ponder requires a subpoena to appear. Therefore, **as the Court indicated in its August 2, 2011 order (Doc. 63 at 1-2),** if Plaintiff wants a subpoena to be issued to Dr.

Ponder, he **must** comply with the requirements of the Second Scheduling Order and **must** provide a money order, payable to Dr. Ponder for the full amount of the witness fees and travel expenses, which the Court estimates is $199.61. Dr. Ponder may choose to refuse this payment when he is served. The Court <u>will not</u> order Dr. Ponder served unless this amount is submitted.

Alternatively, Plaintiff may secure Dr. Ponder's voluntary attendance at trial <u>without subpoena</u>. Plaintiff is advised to refer to the Court's "Second Scheduling Order."

As to Defendant, Fernando Gonzales, at the pretrial conference the Court confirmed with his counsel, Ms. Ramsey that no further request for Mr. Gonzales' appearance was necessary and the Court determined that Plaintiff would not be required to subpoena him to appear at trial.

Accordingly, it is **HEREBY ORDERED** that by **no later than September 30, 2011**,[1] Plaintiff **SHALL** submit a money order made payable to "Dr. John Ponder" in the amount of $127.69 to the Clerk of the Court.[2] Plaintiff is cautioned that failure to comply with this order may result in the non-attendance of this witness.

IT IS SO ORDERED.

Dated: **September 14, 2011**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] In the Court's second scheduling order, the Court set September 20, 2011 as the deadline for the submission of money orders for the attendance of unincarcerated witnesses. However, in light of the timing of this order, the Court finds good cause to extend the deadline.

[2] The distance between the U.S. District Court in Fresno, California and the California Correctional Institution in Tehachapi, California is 158 miles. The federal mileage reimbursement rate is 55.5 cents per mile. U.S. General Services Administration, http://www.gsa.gov/portal/content/100715. **Accordingly, in addition to the daily witness fee of $40.00, the total cost of ensuring the attendance of Defendant amounts to $127.69.**
In its pretrial order, the Court incorrectly calculated the fee.