IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. CARRASCO, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:09-cv-01650 JLT (PC)<br><br>ORDER TO DEFENDANT TO LODGE DOCUMENT |

Before the Court is Plaintiff's motion related to a redacted copy of a memo dated April 6, 2009, which Defendant provided in response to Plaintiff's request for production of documents #3. (Doc. 67) Plaintiff complains that Defendant has redacted so much of the document that he as been unable to glean the desired information from it.  Id.

**ORDER**

Defendant **SHALL** lodge, via email to JLTOrders@caed.uscourts.gov, an unredacted copy of the April 6, 2009 memo which Defendant provided in response to Plaintiff's request for production of documents #3.

IT IS SO ORDERED.

Dated:  **September 23, 2011**　　　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE