IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-01650 JLT (PC) |
| Plaintiff, | SECOND ORDER TO DEFENDANT TO LODGE DOCUMENT |
| vs. | |
| M. CARRASCO, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion related to a redacted copy of a memo dated April 6, 2009, which Defendant provided in response to Plaintiff's request for production of documents #3. (Doc. 67) Plaintiff complains that Defendant has redacted so much of the document that he as been unable to glean the desired information from it. Id. On September 23, 2011, the Court ordered Defendant to lodge a copy of the report at issue. (Doc. 89) As of the date of the order, this has not occurred.

Therefore, **no later than 5:00 p.m. on September 30, 2011** the Court **ORDERS** Defendant to lodge, via email to JLTOrders@caed.uscourts.gov, an unredacted copy of the April 6, 2009 memo which Defendant provided in response to Plaintiff's request for production of documents #3.

IT IS SO ORDERED.

Dated:   **September 29, 2011**        /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE