IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS GOOLSBY,

    Plaintiff,   Case No. 1:09-cv-01650 JLT (PC)

    vs.

M. CARRASCO, et al.,   ORDER SETTING CONFIDENTIAL TELECONFERENCE

    Defendants.
_____/

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Communication between the court and inmate plaintiff Thomas Goolsby, CDCR # F-19778, is required prior to a settlement conference set before Magistrate Judge Craig M. Kellison on November 3, 2011. By this order, the court directs the Warden and the correctional staff at California Correctional Institution to facilitate a teleconference between court representatives Deepa Kulkarni and Safoora Awan and inmate plaintiff Thomas Goolsby. The teleconference must be a confidential communication between the court representatives and inmate plaintiff Mr. Goolsby. Mr. Goolsby must be able to communicate with the court representatives without having his conversation overheard by others, including correctional officers. This order, however, does not prohibit correctional staff from maintaining visual surveillance of Mr. Goolsby during his teleconference with court representatives.

1

In accordance with the above, **IT IS HEREBY ORDERED** that:

    1. The Warden and correctional staff at California Correctional Institution shall facilitate a teleconference between inmate plaintiff Thomas Goolsby and court representatives Deepa Kulkarni and Safoora Awan.

    2. The teleconference shall be placed on **Thursday, October 27, 2011 at 9:00 a.m.** and shall continue without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Court representatives shall initiate the teleconference.  The Warden of California Correctional Institution, or his designee, shall contact the court's ADR and Pro Bono Director, Sujean Park, at (916) 930-4278 or via e-mail at spark@caed.uscourts.gov to provide the court with the number to be called to contact inmate Thomas Goolsby at the appointed time and this number shall be provided to the court no later than Tuesday, October 25, 2011 by 11:59 a.m.

    3. The teleconference shall be a confidential communication between the court representatives and the inmate plaintiff and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Goolsby under visual surveillance during the conversation.

    4. Failure to comply with this order may result in an order requiring the Warden of California Correctional Institution, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

    5. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California Correctional Institution via facsimile at (661) 823-5023 and mail a copy to Warden, California Correctional Institution, P. O. Box 1031, Tehachapi, CA 93581.

IT IS SO ORDERED.

Dated:  **October 17, 2011**                     /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE