Kamala D. Harris, State Bar No. 146672
Attorney General of California
David A. Carrasco, State Bar No. 160460
Supervising Deputy Attorney General
Christopher J. Becker, State Bar No. 230529
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3903
 Fax: (916) 324-5205
 E-mail: Christopher.Becker@doj.ca.gov

*Attorneys for Defendant Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THOMAS GOOLSBY,**<br><br>Plaintiff,<br><br>v.<br><br>**M. CARRASCO, et al.,**<br><br>Defendant. | 1:09-cv-01650-JLT (PC)<br><br>**NOTICE OF SETTLEMENT** |

The parties reached a settlement of all claims on November 3, 2011. Thus, the parties request that all scheduled matters be vacated.

/ / /

/ / /

/ / /

1  Under the settlement agreement: (1) all parties have signed a stipulation for voluntary
2  dismissal with prejudice of the entire action; (2) Plaintiff's inmate trust account shall receive a
3  sum of money (subject to outstanding restitution obligations) within 150 days; and (3) when that
4  sum is paid, Defendant will file the stipulation for voluntary dismissal.  The parties request that
5  this case remain open until Defendant files the stipulation for voluntary dismissal.

Dated:  November 7, 2011                     Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Christopher J. Becker*

CHRISTOPHER J. BECKER
Deputy Attorney General
*Attorneys for Defendant Gonzalez*

SA2010300887
31378827.doc

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   Thomas Goolsby (F-19778) v. Carrasco, et al.

Case No.:   1:09-cv-01650-JLT (PC)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On November 7, 2011, I served the attached **NOTICE OF SETTLEMENT** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Thomas Goolsby, F-19778
California Correctional Institution
P.O. Box 1902
Tehachapi, CA  93581
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 7, 2011, at Sacramento, California.

C. Rubio                             /s/ C. Rubio
Declarant                            Signature

SA2010300887
31379022.doc