IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>            Plaintiff,<br><br>    vs.<br><br>M. CARRASCO, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:09-cv-01650 JLT (PC)<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

   At the scheduling conference held on November 3, 2011, the parties reached a settlement of the matter.  Pursuant to this Court's Local Rule 160, this Court ORDERS:

   1.   No later than December 23, 2011, a request dismissing the case, **SHALL** be filed

   2.   All pending dates, including the trial date, are **VACATED.**

   Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **November 7, 2011**                              /s/ **Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE