# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CARRASCO, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-01650-JLT PC<br><br>ORDER WITHDRAWING WRITS OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF AND INMATES ALLEN, BAUMGAERTEL, EARLE AND HUNT FOR TRIAL ON NOVEMBER 21, 2011, AT 9:00 A.M.<br><br>(Docs. 84, 85, 86, 103, and 107) |

　　This matter was set for trial on November 21, 2011, and the Court issued a writs of habeas corpus ad testificandum commanding the production of Plaintiff, Thomas Goolsby (CDC #F-19778) (housed at CCI Tehachapi) and inmates James Allen (CDC #G-09835) (housed at Kern Valley State Prison), David Allen Baumgaertel (CDC #P-46291) (housed at CCI Tehachapi), Ryan Kenneth Earle (CDC # V-75405) (housed at CCI Tehachapi), Kevin Allen Hunt (CDC #K-83503) (housed at CCI Tehachapi) to the courthouse on November 21, 2011 at 9:00 a.m.  The trial of this matter has been vacated.  (Doc. 117).

　　Accordingly, Plaintiff and the inmate witnesses are no longer needed by the Court in these proceedings, and the writs of habeas corpus ad testificandum as to these inmates are HEREBY WITHDRAWN.

IT IS SO ORDERED.

Dated: **November 8, 2011**　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE