IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No. 1:09-cv-01650 JLT (PC) |
| Plaintiff, | ORDER GRANTING STIPULATION TO DISMISS THE ACTION |
| vs. | (Doc. 125) |
| M. CARRASCO, et al., | |
| Defendants. | |

Before the Court is the stipulation to dismiss the case with prejudice with the parties bearing their own costs. (Doc. 125)

Therefore, good cause appearing, the Court **ORDERS**:

1. The case is **DISMISSED WITH PREJUDICE**;

2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **February 23, 2012**            /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE