IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>    Plaintiff,<br><br>vs.<br><br>M. CARRASCO, et al.,<br><br>    Defendants.<br>_____ / | Case No. 1:09-cv-01650 JLT (PC)<br><br>ORDER GRANTING STIPULATION TO DISMISS THE ACTION<br><br>(Doc. 125) |

Before the Court is the stipulation to dismiss the case with prejudice with the parties bearing their own costs. (Doc. 125)

Therefore, good cause appearing, the Court **ORDERS**:

1. The case is **DISMISSED WITH PREJUDICE**;
2. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:   **February 23, 2012**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE