Thomas Goolsby
P.O. Box #1906
Tehachapi, Ca 93581

**FILED**
FEB 28 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

EASTERN DISTRICT COURT
Honorable Jennifer L. Thurston

RE: Goolsby v. Carrasco 1:09-CV-01650 JLT

February 26, 2012

Dear Judge Thurston,

This letter is to inform you to date I have NOT recieved my settlement payment as part of my settlement agreement signed November 3, 2011.

As per your court order payment was to be made to me by February 24, 2012. This has NOT happened. I've recieved no contact from the D.A.G. at all.

Thank you for your time.

Respectfully Submitted,

Thomas Goolsby

New Address
Thomas Goolsby F-19778
4B-SC-205
P.O. Box #1906
Tehachapi, Ca 93581

**RECEIVED**
FEB 28 2012
STATE PRISON CCI TEHACHAPI
4B HU5
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK