IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>M. CARRASCO, et al., <br><br>　　　　Defendants. | CASE NO. 1:09-cv-01650 JLT (PC) <br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br>(Doc. 129) |

On February 21, 2012, Defendants filed a stipulation, signed by Plaintiff and counsel for Defendants on November 3, 2011. (Doc. 125) As a result, the matter was dismissed on February 23, 2012. (Doc. 126) After this, on two occasions, Plaintiff alerted this Court that he had not received the settlement proceeds and that he objected to the dismissal of the action absent payment. (Docs. 127, 128)

On March 5, 2012, the Court ordered Defendants to show cause why the order dismissing the matter should not be set aside. (Doc. 128) Nearly immediately, Defendants responded and provided proof that plaintiff <u>had received payment of the settlement proceeds.</u>  (Doc. 130) In particular, Defendants provided a copy of Plaintiff's trust account demonstrating that the settlement amount had been deposited into Plaintiff's account on February 14, 2012. (Doc. 130-2 at 6)

///

///

///

1   Therefore, the order to show cause is DISCHARGED. The matter remains closed and <u>no further</u>
2   <u>filings will be accepted in this case</u>.

4   IT IS SO ORDERED.

5   Dated:   **March 8, 2012**                                                    **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE